# Michael Faillace & Associates, P.C.

### Employment and Litigation Attorneys

60 E. 42nd Street, Suite 2020
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

———————

gnaydenskiy@faillacelaw.com

February 23, 2021

**BY ECF**
Judge Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: _2/24/2021_

Re:     **Barone et al v. Campania Felix LLC et al**
*Case No. 20-cv-6709 (MKV)*

Your Honor:

I am counsel to Plaintiffs in the above-referenced matter. We write jointly with Defense counsel to advise Your Honor that the parties would like to try mediation to settle the matter. Thus, we respectfully request an adjournment of the March 2, 2021 1:30pm conference and a referral to the SDNY mediation program.

We thank you for your attention to this matter.

Respectfully Submitted,

/s/ *Gennadiy Naydenskiy*
Gennadiy Naydenskiy, Esq.
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiffs*

GRANTED.  The Initial Pretrial Conference scheduled for March 2, 2021, at 1:30 PM is adjourned *sine die*.  The Court will enter a mediation referral order.  Within five business days of the mediation, the parties shall file a joint letter on the status (not substance) of mediation and settlement discussions.  Specifically, counsel shall advise the Court whether the mediation was successful, whether the parties continue to engage in settlement discussions, or whether discussions have broken down.  If they do not reach a settlement agreement at the mediation, the parties shall also submit the joint letter and proposed case management plan and scheduling order, as required by the Notice of Initial Pretrial Conference.  [*See* ECF No. 27.]  SO ORDERED.

Date: _2/24/2021_
New York, New York

Mary Kay Vyskocil
United States District Judge

*Certified as a minority-owned business in the State of New York*