USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCO BARONE, individually and on behalf of others
similarly situated, and AGOSTINO CANGIANO,
individually and on behalf of others similarly situated,

                      Plaintiffs,

               -against-

CAMPANIA FELIX LLC d/b/a SAN MATTEO PIZZERIA
E CUCINA, SANMATTEO TAKEAWAY CORP. d/b/a
SAN MATTEO TAKEAWAY, SALERNITANI LTD.
d/b/a SAN MATTEO PIZZA ESPRESSO BAR, FABIO
CASELLA, and RAFAEL DOE,

                      Defendants.

1:20-cv-06709-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On June 4, 2021, the Court entered a Civil Case Management Plan and Scheduling Order in which the Court set a Post-Discovery Conference for October 19, 2021 at 10:30 AM. [ECF No. 37]. The Court ordered that, one week before the Conference, the parties were to submit a joint letter regarding the status of the case. [ECF No. 37].

To date, the parties have not filed this letter. Accordingly, IT IS HEREBY ORDERED that on or before October 27, 2021, the parties shall file a joint letter providing the information requested in the Case Management Plan [ECF No. 37] and explaining why they should not be sanctioned for failure to comply with the Court's Order.

IT IS FURTHER ORDERED that the Conference scheduled for October 19, 2021 at 10:30 AM is ADJOURNED to November 9, 2021 at 11:00 AM. The conference will be held telephonically. To join the conference, dial 888-278-0296 and enter access code 5195844.

**SO ORDERED.**

**Date:  October 14, 2021**
**New York, NY**

_____

**MARY KAY VYSKOCIL**
**United States District Judge**