```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/1/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARCO BARONE, individually and on behalf of others similarly situated, and AGOSTINO CANGIANO, individually and on behalf of others similarly situated,

          Plaintiffs,

-against-

CAMPANIA FELIX LLC d/b/a SAN MATTEO PIZZERIA E CUCINA, SANMATTEO TAKEAWAY CORP. d/b/a SAN MATTEO TAKEAWAY, SALERNITANI LTD. d/b/a SAN MATTEO PIZZA ESPRESSO BAR, FABIO CASELLA, and RAFAEL DOE,

          Defendants.

1:20-cv-06709-MKV

ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

On October 27, 2021, the Court entered an order extending the fact discovery deadline to December 16, 2021 and setting a post-discovery conference for January 11, 2021 at 11:00 AM. As such, the conference scheduled for November 9, 2021 at 11:00 AM is ADJOURNED.

**SO ORDERED.**

**Date: November 1, 2021**
**New York, NY**

_/s/ Mary Kay Vyskocil_
MARY KAY VYSKOCIL
United States District Judge